# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE S. ORTIZ,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____ | Case No. 11-cv-0064-SKO<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>(Doc. 10) |

On September 13, 2011, the parties filed a stipulated request that Defendant be granted an extension of time until November 3, 2011, to file a responsive brief.  (Doc. 10.)   The Court GRANTS the parties' request.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Commissioner shall file a responsive brief **on or before November 3, 2011**; and

2.  Plaintiff may file a reply brief **on or before November 21, 2011**.[1]

IT IS SO ORDERED.

**Dated:**   **September 13, 2011**       **/s/ Sheila K. Oberto**
                UNITED STATES MAGISTRATE JUDGE

---

[1] This date reflects application of the Federal Rules of Civil Procedure 6(a)(1)(C), 6(a)(6)(A), and 6(d); no additional days are to be added pursuant to Rule 6.