UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE S. ORTIZ<br><br>  PLAINTIFF,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>  DEFENDANT. | No. 1:11-cv-00064-SKO<br><br>**ORDER AWARDING EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND TWO HUNDRED FIFTY DOLLARS and 00/100's ($4,250.00) plus costs in the amount of THREE HUNDRED FIFTY dollars ($350.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

IT IS SO ORDERED.

  Dated:   **April 16, 2012**          /s/ Sheila K. Oberto
                    UNITED STATES MAGISTRATE JUDGE